

BRUCE R. EWING<br>
Partner<br>
(212) 415-9206<br>
FAX (212) 953-7201<br>
Ewing.bruce@dorsey.com

August 1, 2018

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Richard Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Wowwee Group Limited et al. v. Buehler Food Markets, Inc. et al.*
                 Civil Action No. 18-cv-4366

Dear Judge Sullivan:

      We are counsel to defendant Hy-Vee, Inc. ("Hy-Vee") in the above-referenced action. We write to request an extension of Hy-Vee's deadline to respond to the complaint served by plaintiffs herein from August 3, 2018 to September 4, 2018. Plaintiffs' counsel, by email dated July 31, 2018, consented to a thirty-day extension of this deadline. In light of the Labor Day holiday, Hy-Vee's response would be due on September 4.

      This is the first request for an extension of this deadline, which has been requested because Hy-Vee needs additional time to confer with counsel concerning the matters raised in Plaintiffs' complaint, and on its response thereto.

Sincerely,

Bruce R. Ewing

BRE/tt

Cc:    All Counsel of Record (by ECF and electronic mail)